

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00344-CV

**RIALTO HOMES**, LP, Rialto Management, LLC, and Toll Brothers, Inc.,
Appellants

v.

Matthew and Tatum **TOOHEY**, Individually and as Next Friends of Minors BT and WT,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-04062
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: July 29, 2026

PARTIALLY DISMISSED

Appellant Toll Brothers, Inc. filed a motion to dismiss its appeal against appellees. We

grant the motion and dismiss the appeal as to Toll Brothers only. *See* TEX. R. APP. P. 42.1(b) ("A

severable portion of the proceeding may be disposed of under (a) if it will not prejudice the

remaining parties."). The appeal filed by Rialto Homes, LP and Rialto Management, LLC remains

pending before the court. This appeal shall hereafter be styled *Rialto Homes, LP and Rialto*

*Management, LLC v. Matthew and Tatum Toohey, Individually and as Next Friends of Minors BT*

*and WT*.  Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs up to this point in the appeal assessed against Toll Brothers. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM